January 25, 2010

Mr. Frank E. Perez
Frank E. Perez & Associates, P.C.
300 Mexico Boulevard
Brownsville, TX 78520

Honorable Arturo Americo McDonald Jr.
Cameron County Court #1
974 E Harrison Street
Brownsville, TX 78521
Mr. Peter Michael Zavaletta
The Zavaletta Law Firm
603 East St. Charles Street
Brownsville, TX 78520

Mr. Francisco Javier Garza
Garza & Pena, PLLC
914 West Pike Blvd
Weslaco, TX 78596

RE: Case Number: 09-1077
 Court of Appeals Number: 13-09-00507-CV
 Trial Court Number: 2008-CCL-00673-A

Style: IN RE WILLIAMS FARMS PRODUCE SALES, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
in the above-referenced cause.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Dorian E. |
| |Ramirez |
| |Mr. Joe G. Rivera |